U.S. Department of Justice
United States Attorney

| UNITED STATES DISTRICT COURT | FILED IN CLERK'S OFFICE |
|---|---|
| NORTHERN DISTRICT OF GEORGIA | U.S.D.C. - Atlanta |

DIVISION _Atlanta_   NOV 1 6 2010

(USAO)

JAMES N. HATTEN, Clerk

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION By: _[signature]_
IN UNITED STATES DISTRICT COURT                    Deputy Clerk

COUNTY NAME: Fulton                DISTRICT COURT NO. __1:10CR478__

MAGISTRATE CASE NO. _____

_X_ Indictment          __ Information          __ Magistrate's Complaint

DATE: November 16, 2010      DATE:                        DATE:

| UNITED STATES OF AMERICA | SUPERSEDING |
|---|---|
| vs. | |
| **YOSHIO KUNUGI** | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:                    TOTAL COUNTS:
(as to deft)                       (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony          ____ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. ____ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding __ Yes __ No
   Date: _____                    Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ____ Federal    __ State
       If Yes, show name of institution _____
       Has detainer been filed __ Yes      __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: |
| | Trial Atty: DEANA L. TIMBERLAKE-WILEY |
| | DEFT'S ATTY: UNKNOWN |
| | SALLY QUILLIAN YATES |
| | UNITED STATES ATTORNEY |
| | BY: DEANA L. TIMBERLAKE-WILEY |
| | Trial Attorney |
| | DATE: November 16, 2010 |